IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PAULA HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 4:20-cv-192 |
| ) | |
| VISSING LAW, LLC and JOHN R. ) | |
| VISSING, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Paula Harris, for her Complaint against Defendants, Vissing Law, LLC and John R. Vissing, states the following:

### I. Parties

1. Ms. Harris is a resident of Harrison County, Indiana.

2. Vissing Law, LLC does business in Clark County, Indiana.

3. Mr. Vissing does business in Clark County, Indiana.

### II. Jurisdiction and Venue

4. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under the FLSA.

5. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

6. Venue in the Southern District of Indiana, New Albany Division, is appropriate by virtue Defendants doing business in this District.

### III.  Factual Allegations

7. Ms. Harris was an employee of Vissing Law, LLC.

8. Ms. Harris started working for Vissing Law, LLC on or about July 1, 2019.

9. Ms. Harris worked as a legal assistant for Vissing Law, LLC.

10. Vissing Law, LLC paid Ms. Harris on an hourly basis.

11. Originally, Vissing Law, LLC agreed to pay Ms. Harris $15.00 per hour.

12. Effective December 1, 2019, Vissing Law, LLC gave Ms. Harris a raise to $17.00 per hour.

13. Vissing Law, LLC paid Ms. Harris on a bi-monthly basis.

14. Ms. Harris worked overtime hours for Defendants which she was only paid straight time; not time and a half.

15. Ms. Harris was to be paid for the pay period of February 1, 2020 to February 15, 2020 on February 15, 2020.

16. Ms. Harris was not paid by Defendants on February 15, 2020.

17. Ms. Harris eventually was paid for the February 1, 2020 to February 15, 2020 pay period later in February 2020.

18. Vissing Law, LLC did not have a good faith reason for failing to pay Ms. Harris her wages in a timely fashion.

19. Ms. Harris was to be paid for the pay period of February 16, 2020 to February 29, 2020 on February 29, 2020.

20. Ms. Harris was not paid by Defendants on February 29, 2020.

21. Ms. Harris eventually was paid for the February 16, 2020 to February 29, 2020 pay period several weeks later in 2020.

22. Vissing Law, LLC did not have a good faith reason for failing to pay Ms. Harris her wages in a timely fashion.

23. Ms. Harris quit her employment with Vissing Law, LLC on February 29, 2020.

### III.   Cause of Action

### Count I
### Failure to Pay Minimum & Overtime Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

24. Plaintiff incorporates paragraphs 1 through 23 by reference herein.

25. Ms. Harris was an employee of Vissing Law, LLC pursuant to the FLSA.

26. Ms. Harris' work for Vissing Law, LLC involved interstate commerce.

27. Vissing Law, LLC is an employer pursuant to the FLSA.

28. Vissing Law, LLC had gross revenues of at least $500,000.00 for the 2018 calendar year.

29. Vissing Law, LLC had gross revenues of at least $500,000.00 for the 2019 calendar year.

30. Mr. Vissing is an employer pursuant to the FLSA.

31. Mr. Vissing owned Vissing Law, LLC.

32. Mr. Vissing managed Vissing Law, LLC.

33. Mr. Vissing determined when and how much Ms. Harris was paid.

34. Defendants failed to pay overtime hours at time and a half violating the FLSA.

35. Defendants failed to timely pay at least minimum wages violating the FLSA.

36. Defendants violations of the FLSA have damaged Ms. Harris.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count II
### Indiana's Minimum Wage Statute
### Alternative Claim

37. Plaintiff incorporates paragraphs 1 through 36 by reference herein.

38. Ms. Harris was an employee of Vissing Law, LLC pursuant to Indiana's Minimum Wage Statute.

39. Vissing Law, LLC is an employer pursuant to Indiana's Minimum Wage Statute.

40. Vissing Law, LLC failed to properly pay overtime wages for all hours over 40 hours in a workweek that Ms. Harris worked during the course of her employment.

41. Vissing Law, LLC's violations of Indiana's Minimum Wage Statute have damaged Ms. Harris.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count III
### Wage Payment Statute, I.C. §22-2-5 *et. seq.*

42. Plaintiff incorporates paragraphs 1 through 41 by reference herein.

43. Vissing Law, LLC is an employer pursuant to the Wage Payment Statute.

44. Vissing Law, LLC failed to pay Ms. Harris her wages due and owing in a timely fashion.

45. Vissing Law, LLC failed to pay Ms. Harris her wages due and owing in the correct amount.

46. Ms. Harris has been damaged by Vissing Law, LLC's wage violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count IV
### Piercing the Corporate Veil

47. Plaintiff incorporates paragraphs 1 through 46 by reference herein.

48. Mr. Vissing took monies from the corporate bank account of Vissing Law, LLC to pay his personal bills directly.

49. Mr. Vissing took monies from the IOLTA Account of Vissing Law, LLC to pay his personal bills directly.

50. This conduct makes Mr. Vissing personally liable for the debts of Vissing Law, LLC.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, special and punitive damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

                                              Respectfully submitted,

                                              WELDY LAW

                                              /s/Ronald E. Weldy
                                              Ronald E. Weldy, #22571-49
                                              Counsel for Plaintiff,
                                              Paula Harris

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
E-mail: rweldy@weldylegal.com