IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PAULA HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:20-cv-192 DML- SEB |
| | ) | |
| VISSING LAW, LLC and JOHN R. | ) | |
| VISSING, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Paula Harris, and Defendants, Vissing Law, LLC and John R. Vissing, have filed a Stipulation of Dismissal seeking dismissal of this matter with prejudice pursuant to FRCP 41(a)(1)(A) (Dkt. 53).  The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.  Each party shall bear its own costs.

So ORDERED.

Date: 2/2/2022

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.